IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLORIA JEAN CURTIS and
RONALD WAYNE CURTIS                                              PLAINTIFFS

vs                         3:05CV00074-BRW

WYETH d/b/a Wyeth, Inc., et al                                   DEFENDANTS

## JUDGMENT ON JURY VERDICT

This action came on for jury trial beginning October 4, 2011, the Honorable Billy Roy Wilson, United States District Judge, presiding.

The issues having been duly tried, the jury rendered its verdict on Thursday, October 20, 2011. Now, therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that the plaintiffs, Gloria Jean Curtis and Ronald Wayne Curtis, take nothing on their Complaint. Judgment is entered in favor of the defendants, and the Complaint is DISMISSED.

IT IS SO ORDERED this 21st day of October, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

jdgjryv5deft.Curtis.wpd